No. 93–6582. KELLAM *v.* LINAHAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–6584. YOUNG *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 93–6585. STRIBLING *v.* COLLINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6586. WEDINGTON *v.* FEDERAL CORRECTIONAL INSTITUTION, BUTNER, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6587. HARRISON *v.* ROGERS, DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–6588. GONZALEZ *v.* BURSON, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6591. KIM *v.* REICH, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 93–6594. GARCIA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6597. TSCHUPP *v.* DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 93–6598. SCOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6615. BOSWELL *v.* LAFOREST ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6616. COOPER *v.* PAROLE AND PROBATION COMMISSION ET AL. Sup. Ct. Fla. Certiorari denied.

No. 93–6620. HERSHIPS *v.* STATE BAR OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–6623. BARNES *v.* UNITED STATES; and
No. 93–6762. KECK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.